UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,                                              No.    1:96CR53-02

v.                                                    Hon.   ROBERT HOLMES BELL

JAMES NORBERT NAPIER, JR.,

    Defendant,

STATE OF MICHIGAN,
  Income Tax Refund,

                                                 TERMINATION OF GARNISHMENT

    Garnishee.
_____/

NOTICE TO GARNISHEE: The continuing garnishment issued on July 24, 2012 against Defendant James Norbert Napier, Jr. is hereby terminated and you are released from further liability in connection therewith.

Termination authorized on April 22, 2015        /s/ Joel S. Fauson
                                                                          JOEL S. FAUSON
                                                                           Assistant U. S. Attorney
                                                                          Western District of Michigan
                                                                          P.O. Box 208
                                                                          Grand Rapids, MI 49501-0208
                                                                          (616) 456-2404
                                                                          Joel.Fauson@usdoj.gov